1  KATHRYN E. VAN HOUTEN (SBN 143402)
   IRSFELD, IRSFELD & YOUNGER LLP
2  100 W. Broadway, Suite 920
   Glendale, CA  91210-0001
3  Telephone:  (818) 242-6859
   Facsimile:  (818) 240-7728
4
   Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: **'19CV165  BAS MDD** |
| Plaintiff, | |
| | COMPLAINT ON PROMISSORY NOTE |
| vs. | |
| VICTOR M. FELIX | |
| Defendant. | |

For its claim, Plaintiff, acting on behalf of the DEPARTMENT OF EDUCATION alleges as follows:

1. This court has jurisdiction under Title 20 U.S.C. § 1080, and the defendant resides in the County of **San Diego.**

2. In consideration of a student loan, Defendant executed a promissory note, a copy which is attached hereto as Exhibit 1 on the date set forth on said note.

3. Said note and all rights to the obligation undertaken therein were thereafter assigned to Plaintiff.

4. Defendant has defaulted in the payment of the obligation due under said note according to the terms and has paid no part thereof.

1

COMPLAINT

5.     Defendant owes to Plaintiff after applying all payments and proper credits the amounts hereinafter prayed for.

WHEREFORE, Plaintiff prays for judgment against Defendant in the principal amount of $4,090.44 plus interest accrued to January 23, 2019, in the sum of $8,483.44 with interest accruing thereafter at 8 % per annum until entry of judgment; with interest thereafter at the legal rate, administration charges of $8.02, reasonable attorney's fees, and accrued costs.

DATED: January 23, 2019                       Respectfully submitted,

                                                      IRSFELD, IRSFELD & YOUNGER LLP

                                                      By: /s/ Kathryn E. Van Houten
                                                          Kathryn E. Van Houten
                                                          Attorney for Plaintiff

§JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
United States of America

**DEFENDANTS**
Victor M. Felix

**(b)** County of Residence of First Listed Plaintiff  San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Katheryn E. Can Houten
100 W. Broadway, Suite 920, Glendale, CA 91210-0001

Attorneys (If Known)

**'19CV165  BAS MDD**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1  U.S. Government Plaintiff
- [ ] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
|  | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud |  |  | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** |  |  |
| ☐ 290 All Other Real Property | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee |  |  |
|  | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28:1345st, LRC
Brief description of cause: Default of Student Loan(s)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 8,483.44
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):  JUDGE _____  DOCKET NUMBER _____

DATE: 01/24/2019

SIGNATURE OF ATTORNEY OF RECORD: L. Cervantes (Case Administrator)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.     (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.   Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.     Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity**.              Example:            U.S. Civil Statute: 47 USC 553
                                                              Brief Description: Unauthorized reception of cable service

**VII.   Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.  Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

247.

**NSLP — Nebraska Student Loan ___ Application/Promissory Note**    PLUS/

WARNING: ANY PERSON WHO KNOWINGLY MAKES A FALSE STATEMENT OR MISREPRESENTATION ON THIS FORM IS SUBJECT TO PENALTIES WHICH INCLUDE FINES OR IMPRISONMENT UNDER THE UNITED STATES CRIMINAL CODE AND 20 USC 1087-4.

### SECTION I: TO BE COMPLETED BY THE BORROWER — Type or print clearly with a ballpoint pen. Read the instructions carefully.

1. Social Security Number: ___-__-1243
2. Last Name: FELIX
   First Name: VICTOR
   M.I.: M
3. Birth Date (Mo./Day/Yr.): ___
4. Home Area Code, Phone No.: ___
5. Permanent Home Address — Street: ___
   City: BALDWIN PARK
   State: CA
   ZIP Code: ___
6. U.S. Citizenship Status: [X] (b) Permanent Resident or Eligible Noncitizen
7. Driver's License Number / State: ___
8. State of Legal Residence / Since (Mo./Yr.): ___
9. Have you ever defaulted on an educational loan? [X] No
10. Loan Amount Requested: $4,000
11. Borrower Employer: NONE
12. Do you have any outstanding GSL, FISL, PLUS, SLS or ALAS debts for the student named in Section II? [X] No — NONE
13. References — (blacked out)

*(sideways text: Poor Source Original — document will be retained in portfolio)*
*(watermark: DOUBLE SIDED)*

Signature of Borrower: Victor M Felix    Date: 3/15/88

### SECTION II: TO BE COMPLETED BY THE STUDENT

15. Social Security Number: ___-__-1243
16. Last Name: Felix
    First Name: Victor
    M.I.: M.
17. Birth Date (Mo./Day/Yr.): ___
18. U.S. Citizenship Status: [X] (b) Permanent Resident or Eligible Noncitizen
19. Have you ever defaulted on an educational loan? [X] No
20. Loan Period (Mo./Yr.): From 03-88 To 05-88
21. Intended Enrollment Status: [X] Full-Time
22. While in School You Intend To Live: [X] Off Campus — Address: SAME
23. Major: (V)
24a. If you are eligible, do you want a deferment? [X] Yes
24b. During the deferment period: [X] your interest to accrue and capitalize
25. Signature of Student: Victor M Felix    Date: 3/15/88

### SECTION III: TO BE COMPLETED BY THE SCHOOL

26. Name of School: UNIFIED SCHOOLS OF AMERICA
27. School Code: 022475-04
29. Address: 461 E. ARROW HWY., AZUSA, CA 91702
30. Area Code/Telephone Number: (818) 915-7659
31. Loan Period: From 03-14-88 To 05-06-88
32. Student Grade Level: Undergraduate [X] 2
33. Dependency Status: [X] Independent
34. The student will be enrolled as at least a [X] Full-time Student until 05-06-88
35. Estimated Cost of Education For Loan Period: $5,906
36. Financial Aid for Loan Period (include GSL Loans): $0
37. Difference (Item 35 MINUS Item 36): $5,906
38. Amount School Approves: $4,000
39. Signature of School Official: Silvana Tarca    Print Name & Title: SILVANA TARCA F/A CLERK    Date: 03-16-88

### SECTION IV: TO BE COMPLETED BY THE LENDER

40. Name of Lender: The Bank of Horton
41. Lender Code: ___
44. Address: 108 E. 8th Street, Horton, KS 66439
45. Area Code/Telephone Number: (913) 486-2113

**BEST COPY AVAILABLE AT TIME OF IMAGING**

46. Signature of Authorized Lending Official: ___ Maxwell
47. Total Amount Lender Approves & Disbursement Date: $4,000   3-24-88
48. Number of Monthly Payments: 120
49. Print or Type Name & Title: LISA K. MAXWELL, SL REP
50. Date (Mo./Day/Yr.): 3-17-88
51. Date First Payment Due: 7-6-88
52. Current Borrower Indebtedness: PLUS/SLS/ALAS $___   GSL/FISL $___

BORROWER: TERMS OF PROMISSORY NOTE CONTINUE    BORROWER: UPON COMPLETION SUBMIT LENDER, NSLP,



I CERTIFY UNDER PENALTY OF
PERJURY THAT THIS IS A TRUE
AND EXACT COPY OF THE
ORIGINAL PROMISSORY NOTE

NAME _____  6-2-99
                          DATE

**Additional Terms of the Promissory Note for a PLUS/SLS Loan**

B. **Date Note Comes Due:** By law, the repayment period on this loan begins when the loan is disbursed. The first payment is due within 60 days of disbursement, except that I may be enti deferment of the principal until a later date. See Paragraph I.

C. I will be responsible for and agree to pay an amount equivalent to simple interest on the unpaid balance of my loan from the date it is advanced to me until it is paid in full. Interest duri deferment period will either (a) be paid by me in installments or (b) accrue and be added to the principal amount of the loans (capitalized) in accordance with laws and regulations gov the PLUS and SLS Programs. All payments will be made to your address as set forth in Paragraph A.

D. **Guarantee Fee:** If required to do so by the lender, I will pay to the lender an amount equal to the fee that the lender is required to pay to the NSLP to obtain insurance coverage on thi The lender will deduct this premium from the disbursement of principal on this loan.

E. **Default and Acceleration:** Default means the failure of a borrower to make an installment payment when due, or to meet other terms of the promissory note under circumstances whe Secretary of the NSLP finds it reasonable to conclude that the borrower no longer intends to honor the obligation to repay, provided that this failure persists for (1) 180 days for repayable in monthly installments; or (2) 240 days for a loan repayable in less frequent installments. If I default on this loan (1) the lender may declare the entire unpaid amount of the including interest, immediately due and payable; (2) the lender, holder or NSLP may disclose to schools I have attended (or am currently attending) the information about the default; an will be ineligible to receive assistance from any of the following Federal programs: Pell Grant, Supplemental Educational Opportunity Grant, College Work-Study, State Student Inc Grant, Perkins Loan (formerly National Direct Student Loan) Guaranteed Student Loans, Supplemental Student Loans (SLS), PLUS Loans or Consolidation Loans.

F. **Late Charges:** If I fail to pay any amount when due, I will also pay all charges and other costs - including attorney's fees - that are permitted by Federal law and regulations for the collect these amounts. If this loan is referred for collection to an agency that is subject to the Fair Debt Collection Practices Act, I will pay those collection costs which do not exceed 25 percent unpaid principal and accrued interest. If permitted by State law, the lender may collect from me a late charge if I fail to pay all or part of a required installment payment within 10 days afte due or if I fail to provide written evidence that verifies my eligibility to have the payment deferred as described under Paragraph I of this Promissory Note. A late charge may not exce cents for each dollar of each late installment.

G. **Prepayment:** I may, at my option and without penalty, prepay all or any part of the principal of this loan at any time. If I do so, I will be entitled to a rebate of any unearned interest that I paid.

H. **Additional Agreements:** (1) The proceeds of this loan will be used only for educational expenses at the school listed on my Application/Promissory Note. (2) Any notice required to be to me, including my Disclosure Statement, will be effective when mailed to the latest address you have for me. No separate notice is required for any endorser. (3) Your failure to enfor insist that I comply with any terms of this Note is not a waiver of your rights. No provision of this Note can be waived or modified except in writing. (4) If NSLP is required under its guara to repay ... all the rights of the original lender to enforce this Note against me. (5 loan will ... the lender or any other holder of this Note. (7) The endorser, if any, the Prom ... er hereby waives demand, presentment for payment, notice of nor ment, pro ... against the endorser notwithstanding any deferment in accordance Section I ... le endorser has no notice.

I. Defermen ... default, and I can provide you with written evidence that I qualify defermen ... condition entitling me to the deferment no longer exists. I wil co NSLP or t

J. Repayme ... tion as described in Paragraph E, in which case the entire outstan principal ... as set forth in Paragraph B, you will send me a Repayment Disclo which sho ... bligated to repay this Note. Under the PLUS Program, if both parents borrowin ... t Disclosure may include all loans I have received from you under Nebraska ... payment period that generally lasts at least 5 years but no more tha years. Ho ... than 5 years if this is necessary to ensure that during each year of repaymer ... rd principal and interest at least $600 or the unpaid balance of all s loans (plu ... y Note, or if the lender grants "forbearance," those periods will no included i ... to this loan will be set forth in the Repayment Disclosure, that the ler will provi.

K. Credit Bu ... ureau organizations. This may significantly and adversely affect ability to ... advance that information about the default will be disclosed to cr bureau o ... t provide information on the repayment status of this loan to any cr bureau o ... ght raise about the accuracy and completeness of information repor about me ... y credit bureau.

L. Borrower ... sibilities printed on page 13 of this booklet.

M. Transfer ... ts and responsibilities of the parties as set forth herein. I will be notif of any su

**Borrower Ce**

I declare un ... ; the borrower, certify that the information contained in Section I of t application i ... g for a PLUS Loan as a parent, I certify that I am the natural or adopti mother or fa ... pplication will be used solely for educational purposes for the period which the lo ... f the student named in Section II, which cannot reasonably be attribut to meeting t ... I period stated, must be returned to the lender. I authorize the lender issue a che ... payable to me and the school, and sent to the school if I am a stude borrower. I ... of this Application/Promissory Note. I authorize the lender to perforn credit check ... ry and to answer questions about its credit experience with me. I furth certify that I ... sured Student Loan (FISL), a Guaranteed Student Loan (GSL), a Heal Education A ... on a Pell Grant, Supplemental Grant, or State Student Incentive Grant authorize th ... S. Department of Education, or their agents, and to redisclose to oth educational ... an (e.g., employment and other aspects of my educational loan borro ing history).

I, the Borro ... e lender), the fee amounts, due dates, and late charges. I understand ar agree that if ... Note, the information on the Disclosure Statement applies.

**Student Cer** 8908APN01

I certify under penalty of perjury under the laws of the United States of America that the following is true and correct. The information contained in Section II of this application is true, complet and correct to the best of my knowledge and belief and is made in good faith. I hereby authorize the school named in Section III to pay to the lender named in Section IV any refund which may b due to me up to the amount of this loan. I hereby authorize the school named in Section III to release information contained in my file that is relative to my eligibility and which permits me or m parent to borrow on my behalf (e.g., enrollment status, financial assistance, or employment). I have been accepted for enrollment or am enrolled and am making satisfactory progress as at leas a half-time student in an undergraduate, vocational, or graduate program at the school named in Section III. I further certify that I am not now in default on a Perkins Loan (formerly Nationa Defense or Direct Student Loan), a Federally Insured Student Loan (FISL), or a Guaranteed Student Loan (GSL), Health Education Assistance Loan (HEAL), or a PLUS/SLS/ALAS Loan. I furthe certify that I am not liable for an overpayment on a Pell Grant, Supplemental Grant, or a State Student Incentive Grant.

**School Certification**

I hereby certify that the student named in Section II is accepted for enrollment or is enrolled as at least a half-time student, is in good standing and is making satisfactory progress in a progran determined to be eligible for the Guaranteed Student Loan Program. I further certify (for periods of enrollment beginning on or after July 1, 1987) that this student is enrolled or accepted fo enrollment in a degree or certificate program. Based on records available to me, I further certify that neither the student nor the borrower (in the case of PLUS) is in default nor is liable for a overpaymf ... , as amended, for attendance at this or any school, and that the information provided in Sectio III is true. ... records available at this school, this student has satisfied the requirements under the Selectiv Service Ac

---

**ASSIGNMENT OF PROMISSORY NOTE**

**AFFIX TO BACK OF PROMISSORY NOTE**

Pay to the order of NSLP, Nebraska Student Loan Program, Inc., without recourse, provided, however, notwithstanding this endorsement without recourse, the undersigned hereby expressly:

1. Warrants that:
   a) no defense of any party against the undersigned; and
   b) the undersigned is in compliance with the terms of that certain Lender Agreement for Guarantee of Student loans with Federal Reinsurance ("Lender Agreement") between it and NSLP, in accordance with which payment of the indebtedness evidenced by this instrument was guaranteed by NSLP.
   c) warrants that to the extent it has knowledge of any insolvency proceeding it has disclosed the same to NSLP.

2. Acknowledges that:
   a) upon payment in full by NSLP of the claim submitted by the undersigned pursuant to the aforesaid Lender Agreement, NSLP will have discharged all of its obligations to the undersigned arising out of said Lender Agreement; and
   b) notwithstanding payment by NSLP of the undersigned's claim and acceptance by NSLP of transfer of this instrument in consideration thereof, NSLP has not waived any rights that it may have against the undersigned pursuant to the terms of the aforesaid Lender Agreement.

SIGNATURE: [signature] DATE: 1/31/90

NAME: K L Goodman TITLE:

I CERTIFY UNDER PENALTY OF
PERJURY THAT THIS IS A TRUE
AND EXACT COPY OF THE
ORIGINAL PROMISSORY NOTE

_____  6-29-9
NAME                     DATE